UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

YVETTE RUBERY,
*on behalf of himself and all other*
*employees similarly situated,*

                                                      *Plaintiffs,*

v.

BUTH-NA-BODHAIGE INC.,

                                                      *Defendant.*

CONSENT TO BECOME A
PARTY PLAINTIFF

Civil Action No.
04-CV-6337L(F)

Plaintiffs hereby file a consent to become a party plaintiff signed by Chantelle S. Pitts-Sneed.

H:\Rubery, Y\Opt-In Cover Page.doc

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

YVETTE RUBERY,
*on behalf of herself and all other
employees similarly situated,*

                              *Plaintiffs,*

v.

BUTH-NA-BODHAIGE INC.,

                              *Defendant.*

CONSENT TO BECOME A PARTY PLAINTIFF

Civil Action No.
04-CV-6337(L)(F)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the Defendant's failure to pay me wages as required under state and federal law in this or any other action. I authorize the above representative Plaintiff and designate her class representative as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Chntelle J. Pitts-Sneed_    3/19/07    Chantelle S. Pitts-Sneed
Signature                  Date          Print Name